UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

That's What She Said, Inc.,

                        Plaintiff,

        -against-

Gutter Games, Inc. et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/19/2022

1:22-cv-04230 (KPF) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       This matter has been referred to the undersigned for settlement. (ECF No. 23.) The Court reached out to the parties via email directing them to submit proposed dates for a settlement conference, yet the parties have failed to reply despite the Court following up on its previous email. It is hereby ORDERED that no later than Friday, September 23, 2022, the parties shall file a joint letter setting forth three (3) mutually agreeable dates when all parties and counsel are available to hold the settlement conference. The letter should indicate whether the parties are available in the morning or afternoon (or both) for the selected dates. Judge Aaron is prepared to hold an in-person Settlement Conference in his Courtroom 11C or, in the alternative, if all parties consent, the conference can be held remotely using Microsoft Teams. Thus, the letter also should indicate whether the parties wish to hold the settlement conference in-person or remotely by Microsoft Teams.

**SO ORDERED.**

Dated: New York, New York
September 19, 2022

_____
STEWART D. AARON
United States Magistrate Judge