UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THAT'S WHAT SHE SAID, INC.,<br><br>                          Plaintiff,<br><br>             -v.-<br><br>GUTTER GAMES, INC. and PERCH UK 1 LTD.,<br><br>                          Defendants. | 22 Civ. 4230 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The Court previously stayed Defendants' discovery obligations and ordered Plaintiff to show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with the Court's individual rules and discovery orders. (Dkt. #60). The Court is now in receipt of Plaintiff's response. (Dkt. #61). In light of Plaintiff's response, the order to show cause is hereby VACATED. The parties are ORDERED to appear for a conference on **August 3, 2023**, at 12:00 p.m. to discuss next steps in this action, including (i) a schedule for the remaining discovery as to the claims against Defendant Gutter Games, and (ii) a briefing schedule for Defendants' anticipated fee petition. (*See* Dkt. #59). The conference will proceed via videoconference, and instructions for accessing the videoconference will be provided separately.

      To date, Defendant Perch has not reported issues with the jurisdictional discovery ordered by the Court on May 9, 2023. (*See* Dkt. #56). Accordingly, the Court expects that the parties will file a joint letter on or before **July 10, 2023**, per the Court's May 9, 2023 Order. (*Id.*).

SO ORDERED.

Dated:    June 26, 2023
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge