```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

That's What She Said, Inc.,

                Plaintiff,

-against-

Gutter Games, Inc., et al.,

                Defendants.

1:22-cv-04230 (KPF) (SDA)

ORDER SCHEDULING
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Tuesday, August 27, 2024, at 9:30 a.m., to address the status of the case and the deadlines related to the referred inquest into Defendants' damages and attorneys' fees. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
             August 22, 2024

_____
STEWART D. AARON
United States Magistrate Judge