USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

That's What She Said, Inc.,

                Plaintiff,

-against-

Gutter Games, Inc., et al.,

                Defendants.

1:22-cv-04230 (KPF) (SDA)

AMENDED ORDER SCHEDULING TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    Having been apprised by the parties that a scheduling conflict existed with respect to the conference scheduled for Tuesday, August 27, 2024, at 9:30 a.m., to address the status of the case and the deadlines related to the referred inquest into Defendants' damages and attorneys' fees, it is hereby ADJOURNED and RESCHEDULED to take place on Tuesday, September 3, 2024, at 9:30 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
           August 23, 2024

                                    /s/ Stewart D. Aaron
                                    _____
                                    STEWART D. AARON
                                    United States Magistrate Judge